[No. 21387-1-III.  Division Three.  January 11, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAROM MICHAEL TROUT, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-00011-1, Robert G. Swisher, J., entered August 21, 2002. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 22362-1-III.  Division Three.  January 11, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. OMER MURATOVIC, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-00299-6, Dennis D. Yule, J., entered September 2, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 22403-1-III.  Division Three.  January 11, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN LOUIS PODOLL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-02909-5, Salvatore F. Cozza, J., entered September 19, 2003. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Brown, JJ.

[No. 22429-5-III.  Division Three.  January 11, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD S. STEWART, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 03-1-00269-8, Robert L. Zagelow, J., entered September 10, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Kurtz, JJ.